[No. 62939-5-I.  Division One.  July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. GAVIN JARED HAGGITH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-1-00527-8, Charles R. Snyder, J., entered January 20, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Grosse, J.

[No. 63163-2-I.  Division One.  July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON ANDRA JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12183-2, Jeffrey M. Ramsdell, J., entered March 9, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Ellington, JJ.

[No. 63269-8-I.  Division One.  July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROYA SARDARPOUR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-08087-9, Harry J. McCarthy, J., entered March 9, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Schindler, JJ.

[No. 63303-1-I.  Division One.  July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. QUINTIN DESHAUN RAINES, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 08-1-00053-3, Vickie I. Churchill, J., entered March 18, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Cox and Spearman, JJ.